Opinion issued July 8, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00299-CV

———————————

Stephanie Parker House, Appellant

V.

Lester
Travis House, Jr.,
Appellee



 



 

On Appeal from the 257th District Court

Harris County, Texas



Trial Court Case No. 2009-51376

 



 

MEMORANDUM OPINION

          This is an attempted appeal from an order modifying a
protective order entered during the pendency of a divorce.  We lack jurisdiction over such an
appeal.  See In re K.S.L.‑C., 109 S.W.3d 577, 579 (Tex. App.—Tyler 2003,
no pet.); Bilyeu v. Bilyeu, 86 S.W.3d
278, 281 (Tex. App.—Austin 2002, no pet.); Ruiz
v. Ruiz, 946 S.W.2d 123, 124 (Tex. App.—El Paso 1997, no writ).  Mandamus is the proper appellate procedure to
review complaints about a protective order that is in effect while the parties’
divorce proceeding remains pending in a trial court.  See Bilyeu,
86 S.W.3d at 281; Ruiz, 946 S.W.2d at
124.

          We dismiss the appeal for want of jurisdiction.  See
Tex. R. App. P. 42.3(a).  The Clerk of the Court is instructed to issue
the mandate immediately.  See id.
18.6.

 

PER CURIAM

 

Panel consists of Justices Jennings, Alcala,
and Massengale.